

ENTERED
08/02/2016

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| JUAN JOSE SOLANO III, *et al* | § | CASE NO: 16-70115 |
|    Debtors | § | |
| | § | CHAPTER 13 |

## ORDER
## CONVERTING DEBTORS' CASE TO CHAPTER 11

On July 27, 2016, Debtors filed a motion seeking to convert from the instant case to a chapter 11 bankruptcy, pursuant to 11 U.S.C. § 1307(d). [ECF No. 25] (the "*Motion*"). This Court has considered the Motion and the Debtors' present chapter 13 bankruptcy, and finds the instant case "has not been converted under section 706, 1112, or 1208" of title 11 and Debtors have not had a chapter 13 plan confirmed in this case. This Court finds Debtors' Motion should be granted, as it is in the best interest of creditors and the estate, and the bankruptcy case should be converted to a chapter 11.

It is therefore **ORDERED** that:

- the above entitled and numbered case is converted to a proceeding under chapter 11 of title 11 of the United States Code.
- the chapter 13 trustee is hereby relieved of her duties.
- any undistributed plan payments made by the Debtor(s) from his or her wages and held by the Chapter 13 Trustee shall be returned to the Debtor(s).
- within fourteen (14) days of the entry of this Order, Debtor(s) shall file such lists, schedules, and statement of financial affairs as required by Fed. R. Bankr. P. 1007(b)-(d).
- the Clerk, pursuant to 11 U.S.C. §341(a), shall duly notice a first meeting of creditors, and that copies of this Order be furnished to the chapter 13 trustee, herein relieved, and the United States Trustee.
- this Order terminates orders to the Debtor(s)' employer that require payments to the chapter 13 trustee.

SIGNED 08/02/2016.

_____
Eduardo V. Rodriguez
United States Bankruptcy Judge