

ENTERED
09/13/2016

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| JUAN JOSE SOLANO III, *et al* | § | CASE NO: 16-70115 |
| Debtors | § | |
| | § | CHAPTER 11 |

## ORDER
## SETTING STATUS CONFERENCE

Debtors' Counsel, Mr. Refugio "Ralph" Perez ("*Perez*"), has been suspended from practice in the Southern District of Texas from September 1, 2016, until February 28, 2018. Perez is currently the attorney of record in Debtors' case that is pending before this Court. Accordingly, this Court shall conduct a status conference to determine the status of Debtors' representation in this case going forward. It is therefore:

**ORDERED** that Debtors, their Counsel, Perez, and the United States Trustee to appear at a status conference scheduled for October 19, 2016, at 10:00 a.m. to be held before the United States Bankruptcy Court, 1701 W. Business Hwy 83, 10th Floor Courtroom, McAllen, Texas 78501. The parties should be prepared to provide this Court with an update on the status of this proceeding. It is further;

**ORDERED** that telephonic appearances will not be permitted for Debtors or Perez at this status conference. It is further;

**ORDERED** that the United States Trustee may appear at the hearing either in person or telephonically. It is further;

**ORDERED** that Debtor shall serve a copy of this Order within seven days of the entry of this Order on (i) all creditors; (ii) the United States Trustee; and (iii) all other parties requesting notice. The Debtors shall file a certificate of service with the Clerk of this Court at least 48 hours prior to the scheduled date of the conference.

SIGNED 09/13/2016.

_____
Eduardo V. Rodriguez
United States Bankruptcy Judge